IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELEANOR M. TAHMOURESIE and ALI TAHMOURESIE, <br><br> Plaintiffs, <br><br> vs. <br><br> HYATT CORPORATION dba GRAND HYATT KAUAI RESORT & SPA; KAWAILOA DEVELOPMENT LLP; and DOE DEFENDANTS 1-20, <br><br> Defendants | ) CIVIL NO. _____ <br> ) <br> ) <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a trial by jury on all issues herein as set forth in their Complaint. This demand is made pursuant to Fed.R.Civ.P. Rule 38.

DATED: Honolulu, Hawaii, August 11, 2014.

Richard Turbin
Rai Saint Chu
Janice D. Heidt
Attorneys for Plaintiffs
ELEANOR M. TAHMOURESIE and
ALI TAHMOURESIE